JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA AZUCENA VASQUEZ-MORIARTY,<br>　　　　　Plaintiff,<br>v.<br><br>BLUESTEM BRANDS, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　　　Defendants. | Case No. 5:19-cv-01358-RGK-SP<br><br>**~~PROPOSED~~ ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Ana Azucena Vasquez-Moriarty, and Defendant, Experian Information Solutions, Inc., having filed with this Court their Joint Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The stipulation is approved. The action against Experian Information Solutions, Inc. is hereby dismissed with prejudice.

DATED: NOVEMBER 27, 2019

*/s/ Gary Klausner*
_____
UNITED STATES DISTRICT JUDGE

1